KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DOUGLAS M. KELLY, Revenue Officer,** **Petitioners,** v. **DAVID L. WESSEL,** **Respondent.** | NO. C-05-02043-WHA **APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

The United States of America dismisses the Petition To Enforce filed on May 19, 2005 because the respondent has complied with the IRS Summons.

                KEVIN V. RYAN
                United States Attorney

Dated: December 22, 2005      /s/ Jay R. Weill
                                        JAY R. WEILL
                                        Assistant United States Attorney
                                        Chief, Tax Division

SO ORDERED

January 3, 2006
_____
UNITED STATES DISTRICT JUDGE